UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CAUSE NO. 3:12-CR-34-RLM |
| | ) | |
| CHHIT TAING | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 10, 2012. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 31), ACCEPTS defendant Chhit Taing's plea of guilty, and FINDS the defendant guilty of Count 6 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED: October 1, 2012

/s/ Robert L. Miller, Jr.
Judge
United States District Court